

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00055-CV

———————————————————

SATHYANARAYANA RANGASWAMY, Appellant

V.

NANDINI DEVI F/K/A NANDINI RANGASWAMY, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 23-9816-431

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Vacate Orders and Dismiss Case Without Prejudice." It is the court's opinion that the motion should be granted; therefore, we vacate the trial court's orders and dismiss the case without prejudice. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(e).

Each party must bear their own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered:  August 8, 2024